USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD G. DRAPKIN,

                                  Plaintiff,

   -against-

MAFCO CONSOLIDATED GROUP, INC.,

                                  Defendant.

09 Civ. 1285 (PGG)

**ORDER**

MACANDREWS & FORBES LLC,

                                  Plaintiff,

   -against-

DONALD G. DRAPKIN,

                                  Defendant.

09 Civ. 4513 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Mafco Consolidated Group, Inc. ("Mafco") and MacAndrews & Forbes LLC ("MacAndrews") have moved for consolidation of the claims in the above-captioned actions under Rule 42(a) of the Federal Rules of Civil Procedure; and

        WHEREAS, at the May 15, 2009 initial pretrial conference in <u>Drapkin v. Mafco Consol. Group, Inc.</u>, 09 Civ. 1285 (PGG), counsel for Donald G. Drapkin ("Drapkin") stated that Drapkin does not oppose the consolidation of the above-captioned actions for discovery;

        It is hereby ORDERED that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions are consolidated for discovery. At the close of discovery, this Court will determine whether to consolidate the above-captioned actions with

respect to dispositive motions and/or trial.

Dated: New York, New York
       May 19, 2009

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge