**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DONALD G. DRAPKIN,

                Plaintiff,

-against-

MAFCO CONSOLIDATED GROUP, INC.,
                Defendant.
-------------------------------------------------------------X
MACANDREWS & FORBES LLC,

                Plaintiff,

-against-

DONALD G. DRAPKIN,

                Defendant.
-------------------------------------------------------------X

09 CIVIL 1285 (PGG)

**JUDGMENT**

09 CIVIL 4513 (PGG)

    A Jury Trial before the Honorable Paul G. Gardephe, United States District Judge, having begun on January 24, 2011, and at the conclusion of the trial, on January 27, 2011, the jury having rendered a verdict in favor of the Donald G. Drapkin in the amount of $16,000,000.00, it is,

**ORDERED, ADJUDGED AND DECREED:** That Donald G. Drapkin have judgment in the sum of $16,000,000.00 as against MacAndrews & Forbes LLC.

DATED: New York, New York
             January 31, 2012

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____